FILED
CLERK, U.S. DISTRICT COURT
JUN - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MYRON,<br><br>        Plaintiff,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | No. CV 07-5623-JSL(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: June 5, 2008

_Spencer Letts_
J. SPENCER LETTS
United States District Judge